DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| In re Key<br><br>Case below:<br>182 N.C. App. ——<br>(17 April 2007) | No. 208P07 | Respondent's (Mark Key) Motion for Temporary Stay (COA06-498) | Allowed<br>04/30/07 |
| In re Key<br><br>Case below:<br>182 N.C. App. ——<br>(17 April 2007) | No. 209P07 | Respondent's (Mark Key) Motion for Temporary Stay (COA06-499) | Allowed<br>04/30/07 |
| In re L.C., I.C., L.C.<br><br>Case below:<br>181 N.C. App. 278 | No. 039P07 | Respondent's (Father) PDR Under N.C.G.S. 7A-31 (COA06-575) | Denied<br>05/03/07<br><br>**Hudson, J., Recused** |
| In re M.D.D.<br><br>Case below:<br>181 N.C. App. 148 | No. 056P07 | 1. Respondent's (Mother) PDR Under N.C.G.S. § 7A-31 (COA06-657)<br><br>2. Guardian Ad Litem's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br>03/08/07<br><br>2. Dismissed as Moot<br>03/08/07 |
| In re M.E.<br><br>Case below:<br>181 N.C. App. 322 | No. 068P07 | Respondent's (Mother) PDR Under N.C.G.S. § 7A-31 (COA06-787) | Denied<br>05/03/07 |
| In re S.M., C.E., E.E.<br><br>Case below:<br>181 N.C. App. 149 | No. 065P07 | Respondent's (Mother) Motion to Withdraw PDR/Writ of Certiorari (COA06-842) | Allowed<br>05/03/07 |
| In re W.R.<br><br>Case below:<br>179 N.C. App. 642 | No. 560P06 | AG's Motion for Temporary Stay (COA05-1602) | Allowed<br>10/26/06 |
| In re: Z.P.S. & A.M.S.<br><br>Case below:<br>180 N.C. App. 691 | No. 032P07 | Respondent's (Mother) PDR Under N.C.G.S. § 7A-31 (COA06-563) | Denied<br>03/08/07 |